# UNITED STATES DISTRICT COURT
### for the
### Southern District of Georgia

2008 MAY 29  AM 10: 17

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Darell Denson | ) Case No:  CR694-00012-002 |
| | ) USM No:  08688-021 |
| Date of Previous Judgment: April 10, 1995 | ) Kirk Emerson Gilliard |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  [X] the defendant  [ ] the Director of the Bureau of Prisons  [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

[ ] DENIED.   [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____220_____ months **is reduced to** _____176 months_____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[X] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

## III. ADDITIONAL COMMENTS

The sentence of 176 months applies to each of Counts 1 and 3, to be served concurrently.

Except as provided above, all provisions of the judgment dated April 10, 1995,_____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date:   May 29, 2008_____

_____
Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____

(if different from order date)                    Printed name and title