# UNITED STATES DISTRICT COURT
for the

Southern District of Georgia

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: CR694-00012-002 |
| Darell Denson ) | USM No: 08688-021 |
| Date of Previous Judgment: April 10, 1995 ) | Kirk Emerson Gilliard |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**AMENDED**
**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED.  [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __220__ months **is reduced to** __176 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 36 | Amended Offense Level: | 34 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 188 to 235 months | Amended Guideline Range: | 151 to 188 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

The sentence of 176 months applies to each of Counts 1 and 3, to be served concurrently. If this sentence is less than the amount of time the defendant has already served, the sentence is reduced to a 'Time Served' sentence.

Except as provided above, all provisions of the judgment dated __April 10, 1995,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: June 2, 2008

Judge's signature

B. Avant Edenfield
United States District Judge
For the Southern District of Georgia

Effective Date: _____
(if different from order date)                Printed name and title